DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPANISH CREEK, LLC,**
Appellant,

v.

**WATERFRONT ICW PROPERTIES, LLC,** and **TOWN OF OCEAN RIDGE,**
Appellees.

No. 4D22-1902

[May 11, 2023]

Appeal from the Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502016CA001556.

C. Cory Mauro of Mauro Law P.A., Boca Raton, for appellant.

Michael H. Nullman and Terry E. Resk of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***